UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RETURN OF SERVICE (COMPLETE SECTION I OR II AND RETURN TO THE COURT)
DIAZ v. DIXON, No. 3:23-cv-01031-WWB-JBT

**SECTION I.** I acknowledge that service of process **was executed** by giving **DEFENDANT ALEXIS FIGUEROA** a true copy of the documents listed in the order directing service of process. The following documents were also served on the above-named Defendant:

_____

DATE SERVED: _____

ADDRESS AT WHICH DEFENDANT WAS SERVED: _____

_____

BY: _____
United States Marshal's OR Special Appointee's Signature & Printed Name

As Defendant in this action, I hereby acknowledge receipt of service of process on my own behalf.

_____

Defendant's Signature & Printed Name

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**SECTION II.** I acknowledge that service of process **cannot be executed** on the above-named Defendant for the following reasons: (please print)

_Does not work here any longer._

DATE OF ATTEMPTED SERVICE: _3/1/2024_

I acknowledge that I took the following additional steps to attempt to locate and serve the above-named Defendant: (please print)

_Medical Advised no longer here._

If applicable, Defendant's new place of employment within the Florida Department of Corrections: _N/A_

BY: _B. Hunt_ _B. Hunt_
United States Marshal's OR Special Appointee's Signature & Printed Name