PROVIDED TO MAYO CORRECTIONAL INSTITUTION ON 2/6/26 (DATE) FOR MAILING
___ (STAFF INITIAL) ___ (I/M INITIAL)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Ibrain Diaz,

    Plaintiff,

V.                      CASE NO: 3:23-CV-1031-WWB-SJH

DR. KENNETH RAPPAPORT

    Defendant.
_____

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S FIRST INTERROGATORIES TO PLAINTIFF, AS WELL AS DEFFENDANT'S FIRST REQUEST FOR PRODUCTION TO PLAINTIFF, AND A SERIES OF DOCUMENT THAT PLAITIFF NEED TO FILL-OUT**

    COMES NOW: The plaintiff, Ibrain Diaz, pro se, pursuant to Federal Rules of Civil procedure. Rule 6.1, respectfully move this Honorable Court for an order granting plaintiff 45 days of EXTENSION of time in which to file his Reply to Deffendant first interrogatories to plaintiff, as well as Defendant's first request for production to plaintiff, and a series of documents that he need to fill-out.

    In support thereof, the plaintiff would show as follows:

1). There are no certified bi-lingual Law Clerk in the Law Library of Mayo C.I. Annex to assist Mr. Diaz, they are uneducated in Federal Civil action § 1983 practice.

2). Plaintiff is an ill person because of the conduct set forth in the complaint he suffers greatly a myriad of complications. Plaintiff's vision in the left eye is completely blind and in the right eye is useless to the extend that it is impossible for plaintiff to read and write and he suffering a lot of pain, and this plaintiff need to used other inmate to escorted him

1

everywhere he go.

3). Also, while plaintiff is unable to speak, and reading English he entirely relies on the assistance of an institutional Law Clerk for assistan in this proceeding. At the present time, due to unschedule closings of the institutional Law Library as well as the security Lock down and is currently short staffed, so thing are complicated at this Institution Law Library, and plaintiff need the assistance of an inmate certifies Law clerk to assist plaintiff prepare the legal documents, due to this plaintiff's being legally blind inmate. The Law Suit involves this identical issue.

4). This plaintiff respectfully requests in an abundance of caution for the Honorable court to "Grant" him an additional 45 days in which to file his pro se brief.

5). The grounds which this plaintiff must address is complex to this pro se plaintiff and does require this plaintiff to rely on the assistance of Inmate Law clerk to research the Case Law, rule and procedure that must be complied with when preparing plaintiff's reply to Defendant issue.

6). This is plaintiff's first request for an extension of time.

7). Plaintiff's Motion is not done for purposes of delaying the legal proceeding and this pro se plaintiff asserts that Defendant will not be prejudiced by the granting of plaintiff's Motion for Extension of time.

8). The plaintiff received a Legal call for Defendant's Counsel and she advise him that if he need more time to reply, that requesting it to the court for an Extension of time. That I have to February 9, 2026.

9). However, he understands that in order to prevail, he must submitted meaningful responses to the interrogatories, which require the time and ability to do so.

"Denial of this Motion will" unreasonably impair the prisoners right to relief" Rhines v. Webber, 125 S.Ct. 1528, 1535 (2005) and should be granted by this court.

Respectfully Submitted,

Ibrah D/ M09358
Ibrain Diaz, Plaintiff, pro se

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the foregoing Motion for Extension of Time have been placed in the hands prison officials for delivery, via U.S. Mail to: The Unites District Court Middle District of Florida, Clerk of the court, 300 North Hogan Street, Jacksonville, Florida 32202, Kendall S. Manini, Esq., Marks Gray., P.O. BOX 447, Jacksonville, Florida 32201, on this 6 day of February, 2026

_Ibrain Diaz_ M09358
Ibrain Diaz, Plaintiff, pro se
DC# M09358
Mayo Correctional Intitution Annex
8784 U.S. Highway 27
West Mayo, Florida 32066-3458

Ibrain Diaz [inmate number]
Mayo C.I. Annex
8784 U.S. Highway 27
West Mayo, Florida 32066-3458

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION

FIRST-CLASS

US POSTAGE   PITNEY BOWES
ZIP 32066
02 7W    $ 000.74
0008027379 FEB. 06 2026

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION
LEGAL MAIL

United States District Court
Middle District of Florida
Clerk of the Court
300 North Hogan Street
Jacksonville, Florida 32202

LEGAL MAIL ONLY

322028422B  C008

PROVIDED TO MAYO CORRECTIONAL INSTITUTION ON 2/6/26 (DATE) FOR MAILING
(STAFF INITIAL) I.O (I/M INITIAL)